UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>          Plaintiff, )<br>          )<br>vs.      )<br>          )<br>ROBERTO GUTIERREZ-CISNERO, )<br>          )<br>          Defendant. ) | 8:09CR198<br><br>ORDER |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of Bureau of Prisons on federal charges. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Roberto Gutierrez-Cisnero, pursuant to the Bail Reform Act, is held in abeyance pending the defendant's release from Bureau of Prisons.

**IT IS FURTHER ORDERED:**

The defendant, Roberto Gutierrez-Cisnero, received notice of his return to the custody of the Bureau of Prisons pending the disposition of this matter. The U.S. Marshal is authorized to return the defendant to the custody of Bureau of Prisons pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 8th day of July, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge